### TEST *et al. v.* ROBINSON *et al.*

ESTOPPEL.—A judgment is recovered against *A*, who is the owner of an engine, boiler, &c., formerly used in connection with a flouring mill he owned at the date of the judgment, upon which mill there were then several mortgage liens. An execution was issued on the judgment and levied on the engine, boiler, &c., and after the levy, *A* sold them, with the consent of the mortgagees.

*Held*, that such mortgagees were thereby estopped afterwards to deny that said property was personalty and subject to the lien of said execution.

APPEAL from the *Wayne* Circuit Court.

*Per Curiam.*—In *January*, 1862, *Francis W. Robinson* obtained judgment against *Samuel Sinnie* in the *Wayne* Circuit Court. In *February*, 1862, execution was issued on the judgment, and, on the 3d of *March*, 1862, was levied on a certain steam engine, boiler and fixtures, as the property of said *Sinnie*. On the day following the levy, *March* 4, 1862, *Sinnie* sold the engine, boiler, &c., to *Josiah* and *William Test*, who now claim them as against the execution-plaintiff.

To comprehend the law point involved, it is necessary to be in possession of some further facts.

*Sinnie* purchased a flouring mill propelled by water. It was incumbered by several liens and mortgages. After *Sinnie* purchased the mill, he procured the engine and boiler in question and put them up by the mill to be used in propelling it when the water was at a low stage; but he had ceased to use them at all, in propelling the mill, before they were levied on.

Those having liens upon the property had consented to the sale of the engine, boiler, &c., and their removal from the mill.

We think the parties concerned, after having all agreed to treat the engine, boiler, &c., as personal property, can not be

allowed to say they were not subject to levy and sale upon execution. See *The State ex rel., &c.* v. *Bonham,* 18 Ind. 231.

The judgment is affirmed with costs.

*J. P. Siddall, J. P. Julian,* and *J. F. Julian,* for the appellants.

*James Perry,* for the appellees.